JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MILAD KARIMAGHAEE,

                    Petitioner,

        v.

MARK BOWEN, et al.,

                    Respondents.

Case No. 5:25-cv-03573-SRM-JDE

**JUDGMENT**

Pursuant to the Order Granting, In Part, Emergency Petition for a Writ of Habeas Corpus, the Emergency Petition is **GRANTED, IN PART**. *See* Dkt. 2. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-